IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )         8:11CR11
                               )
      v.                       )
                               )
TROY HARDENBROOK,              )         ORDER
                               )
            Defendant.         )
_____)
```

This matter is before the Court on the findings and recommendation and order of the magistrate judge (Filing No. 24), recommending that defendant's motion to suppress (Filing No. 14) be denied.  Defendant filed a statement of objection to magistrate judge's findings and recommendation (Filing No. 27). The Court has reviewed the motion to suppress and the brief in support thereof (Filing No. 15), as well as the transcript (Filing No. 26), and plaintiff's Exhibit No. 1, and finds the recommendation of the magistrate judge should be approved and adopted.  Accordingly,

IT IS ORDERED:

1) The findings and recommendation of the magistrate judge are approved and adopted.

2) Defendant's motion to suppress is denied.

3) Trial of this matter is scheduled for:

**Tuesday, May 3, 2011, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  The date will accommodate not only the schedule of the Court but will give the parties time to

pursue plea negotiations or prepare for trial.  The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial.  The additional time between March 22, 2011, and May 3, 2011, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

       DATED this 22nd day of March, 2011.

                            BY THE COURT:

                            /s/ Lyle E. Strom
                            _____
                            LYLE E. STROM, Senior Judge
                            United States District Court