IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
          Plaintiff,         )         8:11CR11
                             )
     v.                      )
                             )
TROY HARDENBROOK,            )         ORDER
                             )
          Defendant.         )
_____)
```

This matter is before the Court on plaintiff's motions to continue trial (Filing Nos. 29 and 31), and defendant's objection to motion to continue trial (Filing No. 30). The Court has reviewed the motions and notes that the government's chief witness is unavailable until after June 3, 2011. Further, the Court has trials and other court commitments during the month of June and early July. The motions to continue will be granted and defendant's objection will be overruled. Accordingly,

IT IS ORDERED:

1) Defendant's objection to motion to continue trial is overruled.

2) Plaintiff's motions are granted; trial of this matter is rescheduled for:

**Tuesday, July 19, 2011, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The date will accommodate not only the schedule of the Court but will give the parties time to pursue plea negotiations or prepare for trial. The ends of justice will be served by continuing this case and outweigh the

interests of the public and the defendant in a speedy trial.  The additional time between May 3, 2011, and July 19, 2011, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 15th day of April, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court